IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DON SORRELLS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:09cv710-MHT |
| ) | (WO) |
| LAKE MARTIN, INC., and ) | |
| TOM HAYLEY, ) | |
| ) | |
|     Defendants. ) | |

JUDGMENT

This case having settled in the mist of trial, it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs and with leave to the parties, within 20 months, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 20 months, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated. The court maintains jurisdiction over this

cause so as to enforce settlement should it not be consummated.

It is further ORDERED that all outstanding motions are denied as moot and all outstanding objections are overruled as moot.

It is further ORDERED, by agreement of the parties, the costs of the jury in the amount of $1,000 are taxed to defendants, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of February, 2011.

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE